IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  1:25-CR-24 (MAD) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **JASON BRUNDIGE,** | ) | Violations:  21 U.S.C. § 841(a)(1) and (b)(1)(C) [Distribution of a Controlled Substance] |
| | ) | |
| | ) | 18 U.S.C. § 924(c)(1)(A) [Use of a Firearm During and In Relation to and Possession of a Firearm in Furtherance of a Drug Trafficking Crime] |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) and (b)(1)(C) [Possession with Intent to Distribute a Controlled Substance] |
| | ) | |
| | ) | 18 U.S.C. § 924(c)(1)(A) [Possession of A Firearm in Furtherance of a Drug Trafficking Crime] |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) [Felon in Possession of a Firearm] |
| | ) | |
| | ) | 6 Counts & Forfeiture Allegation |
| **Defendant.** | ) | County of Offense:   Saratoga |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Distribution of a Controlled Substance]**

On or about June 28, 2024, in Saratoga County in the Northern District of New York, the defendant, **JASON BRUNDIGE**, knowingly and intentionally distributed a controlled

substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

## COUNT 2
### [Distribution of a Controlled Substance]

On or about July 2, 2024, in Saratoga County in the Northern District of New York, the defendant, **JASON BRUNDIGE**, knowingly and intentionally distributed a controlled substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

## COUNT 3
### [Use of Firearm During and In Relation to and Possession of a Firearm in Furtherance of a Drug Trafficking Crime]

On or about July 2, 2024, in Saratoga County in the Northern District of New York, the defendant, **JASON BRUNDIGE**, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), knowingly used and carried a firearm, and in furtherance of such crime possessed such firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4
### [Possession with Intent to Distribute a Controlled Substance]

On or about July 3, 2024, in Saratoga County in the Northern District of New York, the defendant, **JASON BRUNDIGE**, knowingly and intentionally possessed with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

## COUNT 5
### [Possession of a Firearm in Furtherance of a Drug Trafficking Crime]

On or about July 3, 2024, in Saratoga County in the Northern District of New York, the defendant, **JASON BRUNDIGE**, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1), knowingly possessed a firearm, that is a Keltec 9mm pistol bearing serial number B0N30, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 6
### [Felon in Possession of a Firearm]

On or about July 3, 2024, in Saratoga County in the Northern District of New York, the defendant, **JASON BRUNDIGE,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a Keltec 9mm pistol bearing serial number B0N30, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 3, 5, and 6 of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A), as set forth in Count 3, 5, and/or 6 of this indictment, the defendant, **JASON BRUNDIGE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm

and ammunition involved in and used in any knowing violation of the offense of conviction, including:

(1) a Keltec 9mm pistol bearing serial number B0N30.

Dated: January 23, 2025

A TRUE BILL, *Name Redaction

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: *Ashlyn Miranda*
Ashlyn Miranda
Assistant United States Attorney
Bar Roll No. 700759