UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. CASE NAME*

CASE NO.: 1:25-CR-024 (MAD)

DATE: February 3, 2026

PRESIDING JUDGE: Mae A. D'Agostino

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | 2/4/26 | 2/4/26 | TFO Paul Zurlo | Photo from June 26, 2024 Controlled Purchase |
| 2 | 2/4/26 | 2/4/26 | TFO Paul Zurlo | Screenshot of Text Messages between Confidential Informant and TFO Zurlo |
| 3 | 2/4/26 | 2/4/26 | TFO Paul Zurlo | Photo from July 2, 2024 Controlled Purchase |